PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District PUERTO RICO | | |
|---|---|---|---|
| Name of Movant: Eduardo Alicea-Torres | Prisoner No. 15461-069 | | Case No. |
| Place of Confinement: United States Penitentiary, Atlanta, GA, 30315 | | | |

UNITED STATES OF AMERICA     V.     EDUARDO ALICEA-TORRES
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States District Court, District of Puerto Rico

2. Date of judgment of conviction  June 25, 1999 (Verdict)  February 28, 2000 (Sentence)

3. Length of sentence  LIFE without Parole

4. Nature of offense involved (all counts)  Conspiracy to Possess and Distribute Controlled Substances.  21 U.S.C. §841(a)(1) & §846

5. What was your plea?  (Check one)
    (a) Not guilty     ☒
    (b) Guilty         ☐
    (c) Nolo contendere ☐

    If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
    N/A

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury          ☒
    (b) Judge only    ☐

7. Did you testify at the trial?
    Yes ☐     No ☒

8. Did you appeal from the judgment of conviction?
    Yes ☒     No ☐

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __First Circuit Court of Appeals__

   (b) Result __Conviction and Sentence Affirmed   App#00-1547__

   (c) Date of result __January 22, 2004   U.S. v. Soto-Beniquez, 356 F.3d 1 (1st 2003)__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __United States Supreme Court__

        (2) Nature of proceeding __Petition for Writ of Cert.__

        (3) Grounds raised __Appellate Issues.__

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result __Petition Denied__

        (6) Date of result __June 1, 2004.__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __n/a__

        (2) Nature of proceeding __n/a__

        _____

        (3) Grounds raised __n/a__

        _____

        _____

        _____

AO 243 (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐        No ☐   n/a

    (5) Result _____

    (6) Date of result _____ n/a _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☐      No ☐    n/a
    (2) Second petition, etc.    Yes ☐      No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
    n/a

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    <u>Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date</u>.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: Movant denied effective assistance of counsel guaranteed by 6th Amendment, U.S. Constitution. Strickland v. Washington, 466 US 688 (198

Supporting FACTS (state *briefly* without citing cases or law)
See attached "Memorandum of Law and Facts in Support of §2255 Motion"

B.  Ground two: Movant denied effective assistance of appellate counsel as guaranteed by 5th & 6th Amend. U.S. Const. Evitts v. Lucey, 469 US 387 (198

Supporting FACTS (state *briefly* without citing cases or law)
See attached " Memorandum of Law and Facts in Support of §2255 Motion"

C.  Ground three: Denied Right to Jury Trial and Due Process of the Law under 5th & 6th Amendments, U.S.. Constitution.

Supporting FACTS (state *briefly* without citing cases or law)
See attached "Memorandum of Law and Facts in Support of §2255 Motion"

(5)

AO 243 (Rev. 2/95)

D.  Ground four: Movant is actually innocent of enhanced portion of sentence in violation of Fundamental Fairness and Due Process of law under 5th Amend. U.S. Constitution.
Supporting FACTS (state *briefly* without citing cases, or law)

See attached "Memorandum of Law and Facts in Support of §2255 Motion"

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

1. Ineffective assistance of counsel.
2. Supreme Court decision effecting substantive change in law §2255¶6(3)
3. Motion under §2255 proper vehicle to initially litigate and challenge criminal conviction on issues herein presented.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea

(c) At trial    Raymond Rivera-Esteves, Esquire
San Juan, PR    00936-7059

(d) At sentencing    same

AO 243 (Rev. 2/95)

(e) On appeal _____same_____

(f) In any post-conviction proceeding _____pro se_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____n/a_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____n/a_____

    (b) Give date and length of the above sentence: _____n/a_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐   No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

XXXXXXXXXXXXXXXXXXXXXXXXX
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__5/6/2005__
(Date)

/S/ Edward Alicea
Signature of Movant
Eduardo Alicea-Torres
Reg No. 15461-069

(7)