June 5, 2006

Eduardo Alicea-Torres
Reg. No. 15461-069
Federal Correctional Complex
Coleman, USP-2
P.o.Box 1034
Coleman, Florida 33521

CLerk's Office
U.S. District Court
District of Puerto Rico
San Juan, PR 00918-1767

RE: USA v. ALicea-Torres
    CIVIL NO. 05-1544(DRD)
    Related to Crim. No. 97-076(DRD)
    NOTICE OF ADDRESS CHANGE

Dear Honorable Clerk:

    I am writing to inform the Court that I have been transferred from USP Atlanta, Georgia to F.C.C., Coleman USP-2. Therefore, I request that any future correspondance related to the above referenced civil action please be forwarded to me at USP, Coleman-2 in Florida.

    I thank you in advance for your time into this matter. Also, I have enclosed extra copy of this letter to be returned as clock-filed in SASE provided.. I remain very truly yours.

/x/ Edward Alicea
Eduardo Alicea-Torres