April 3, 2007

Eduardo Alicea-Torres
Reg. No. 15461-069
Federal Correctional Complex
United States Penitentiary II
P.O. Box 1034
Coleman, Florida 33521

Office of the Clerk
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1776

RE:  Civil No. 05-CV-1544(DRD)
     Crim. No. 97-CR-076(DRD)


Dear Clerk,

This is the second letter I have written to the Court seeking the status of several motions I have before the Court relating to my appeal in the above referenced matter.

I have difficulty communicating with the Court because I do not have outside support that would call or come by your office on my behalf to keep me informed of whats going on, the Bureau of Prisons will only occassionally allow inmates phone calls to the Court. Therefore I must communicate by writing. I do not speak, read, or understand english very well. I must always ask for assistance of other inmates and the Court for that reason.

I would hate to miss out on my appeal because of some procedure I didn't follow because I was unaware of what was necessary of me. I have offen asked the Court for clarification or guidance in seeking post-conviction relief and I appreciate the help I have received thus far.

I would like for the Court to send an updated docket sheet to help me discern the status of my case or at least help to clarify my current status, so I that may be able to proceed in the proper manner.

Respectfully,

/s/ Edward Alicea
Eduardo Alicea-Torres