July 13, 2007

Clerk of Court
District of Puerto Rico
Federal Courthouse Bldg. Rm 150
San Juan, Puerto Rico 00918-1767



Re: USA V. Alicea-Torres    Crim # 3:97-CR-00076-DRD
    Civil # 05-1544 (DRD)

Dear Clerk:
    I received the courts order filed 7/3/07 on 7/12/07, I was instructed to file within ten days from the date of that order a motion for appointment of counsel which left me with (1) one day to file. Needless to say I was really stressed to meet my filing date which I think I have. Nevertheless I have enclosed a copy of the envelope that I received the order in, dated 7/8/07. I also had my counselor sign a copy of the order showing the date the order was received and delivered to me, which was 7/12/07. Although I feel I have met the ten day filing date; Since it was so close I felt the need to show cause, if by mailing on the tenth day I might somehow be deemed late.
Also please find for filing my motion to appoint counsel and my financial affidavit. I have enclosed an extra copy of both along with a SASE in order that I may have a clock filed copy of each returned to me for my records.
    Thank you for your time and consideration concerning this matter

                                        Sincerely
                                     x Edward Alicea