Eduardo Nieza Torres
# 154
Federal Correctional Complex U.S.P. 2
P.O. Box - 1034
Coleman, Florida 33521-0879

PM
JUL 16
2007

Clerk of Court
District of Puerto Rico
Federal Courthouse Bldg. R
San Juan, P.R. 00918-174