IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Eduardo Alicea-Torres         Civil No. 05-CV-1544 (DRD)

    Movant,

Vs.                           Crim. No. 97-CR-076 (DRD)

UNITED STATES OF AMERICA

    Respondent

RECEIVED AND FILED 2007 JUL 18 PM 1:56 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW Eduardo Alicea-Torres, Movant Pro Se pursuant to Title 18 USC § 3006(a)(2)(B) requesting this Court to appoint Counsel to represent him to request and examine the record of this case and assist Movant in his Motion to Amend, for the following reasons:

1. The Movant is unable to afford Counsel;

2. Movant is currently incarcerated at U.S. Penitentiary II Coleman with limited access to legal materials;

3. The issues involved in this case are very complex

4. Movant has very limited knowledge of law

5. Movant was receiving assistance from a person more knowledgable and experienced in the law, who has since been recently transferred to another institution.

6. Financial Affidavit in support of indigency is attached

### Conclusion

Wherefore, Movant prays this court will grant his motion and appoint counsel in this case.

Dated this 13th day of July 2007

Respectfully Submitted
x _Edward Alicea_
Eduardo Alicea-Torres

I, Eduardo Alicea-Torres, hereby declare under penalty of perjury that the foregoing is true and correct

July 13, 2007

x _Edward Alicea_
Eduardo Alicea Torres

Deemed filed at the time it was delivered to prison authorities for forwarding to the court _Houston V. Lack 101 L.Ed. 2d 245 (1988)_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Eduardo Alicea-Torres
  Petitioner

Civil No. 05-1544 (DRD)

-vs-

UNITED STATES OF AMERICA
  Respondent

## CERTIFICATE OF SERVICE BY MAIL

I, Eduardo Alicea-Torres, do hereby certify that I have this day served the Respondent with a True and correct copy of my pro se Motion for Appointment of Counsel by mailing same in U.S. Mail and addressed as follows:

Nelson J. Perez-Sosa
United States Attorney's Office
Torre Chardon, 350 Carlos Chardon St. Suite 1201
San Juan, Puerto Rico 00918

Done This 13th day of July 2007

x_____Edward Alicea_____
Eduardo Alicea-Torres