IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Respondent, | * | Crim. No. 97-00076 (DRD) |
| | * | |
| vs. | * | |
| | * | |
| EDUARDO ALICEA-TORRES | * | |
|     Movant. | * | |

**************************************

**MOTION REQUESTING TRANSCRIPTS AND PERMISSION TO TRAVEL**

**BEFORE THE HONORABLE COURT:**

Comes Now, the above named defendant through his Court appointed counsel and very respectfully Pray as follows:

1.    The undersigned attorney was appointed to represent defendant is his pro-se Sec. 2255 Motion under case CV-05-1544 (DRD).

2.    The Motion and its Memorandum of Law have been reviewed and analyzed.

3.    In order to adequately prepare for the case it is imperative that the Court authorizes counsel to interview, defendant at Coleman Federal Correction Complex, where he is presently incarcerated.

4.  Secondly, it is requested from the Court authorization to obtain copies of every and all transcripts of arraingment, trial, sentence and appeal on the present case.

**WHEREFORE**: It is respectfully requested from the Court to grant the present Motion and authorize counsel to travel to Coleman, Florida to interview defendant after all transcripts of the case are received.

**RESPECTFULLY SUMMITED**.

In Guaynabo, Puerto Rico this 8 day of July, 2008.

S/JOSE A. SUAREZ SANTA,
JOSE A. SUAREZ SANTA, ESQ.

USDC: 203409

COUNSEL FOR DEFENDANT

P.O. BOX 476

GUAYNABO, PR 00970

TEL/FAX: (787)789-1212

Email: suarezlaw@prtc.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8 day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsels of record.

S/JOSE A. SUAREZ SANTA

JOSE A. SUAREZ SANTA, ESQ.

USDC: 203409

COUNSEL FOR DEFENDANT

P.O. BOX 476

GUAYNABO, PR 00970

TEL/FAX: (787)789-1212

Email: suarezlaw@prtc.net